UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERRY E. SPICER,

              Plaintiff,

     v.

JOSEPH LEHMAN,

              Defendant.

Case No. C06-5132FDB

ORDER TO SHOW CAUSE

      This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. This matter comes before the Court on plaintiff's filing of a motion to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983. Plaintiff is currently detained at the Washington State Department of Social and Health Services' ("DSHS") Special Commitment Center ("SCC"), located at McNeil Island. To file a complaint and initiate legal proceedings, plaintiff must pay a filing fee of $250.00 or file a proper application to proceed *in forma pauperis*.

      On March 7, 2006, the Clerk received plaintiff's complaint and motion to proceed *in forma pauperis*. (Dkt. #1). Plaintiff states in his motion that he earns $214.00 every two weeks working for DSHS at the SCC. He also states that he has greater than $4,000.00 in total current debts. Plaintiff does not explain, however, what those debts are, or to what extent he is legally obligated to re-pay those debts and in what amounts and how often he is required to make such payments, if any. As such, the

ORDER
Page - 1

undersigned is unable to determine his eligibility for *in forma pauperis* status.  Plaintiff, furthermore, did not print his name in the blank space provided therefore on the first page of his motion, in which he declares the truth and correctness of the information contain therein.

Accordingly, this Court orders the following:

(1) Plaintiff shall seek to cure these deficiencies by filing **no later than May 10, 2006**, a new motion and/or application to proceed *in forma pauperis* completed in full (including setting forth his name where appropriate), and containing a detailed explanation of the nature and extent of his current total debts as discussed above.

**Failure to cure these deficiencies by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 10th day of April, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2