UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERRY E. SPICER,

    Plaintiff,

v.

JOSEPH LEHMAN,

    Defendant.

Case No. C06-5132FDB

ORDER DENYING APPEAL AND RE-REFERRING TO MAGISTRATE JUDGE

    This prisoner civil rights matter began March 7, 2006 with Plaintiff's motion to proceed *in forma pauperis*. Magistrate Judge Karen L. Strombom noted certain deficiencies in the application with respect to Plaintiff's motion, and ordered him to cure the deficiencies by May 10, 2006. Rather than respond to the Magistrate Judge's order, Plaintiff filed his "Appeal To Judge Of Order To Show Cause." This appeal is out of order, and is denied, and this matter is re-referred to the Magistrate Judge. SO ORDERED.

    DATED this 11th day of May, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1