UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERRY E. SPICER,

    Plaintiff,

    v.

JOSEPH LEHMAN, *et al.*,

    Defendants.

Case No. C06-5132FDB

ORDER EXTENDING TIME FOR PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has filed a civil rights complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. Plaintiff's application was deficient as the court was unable to determine his eligibility for *in forma pauperis* status based on the information submitted by plaintiff. Accordingly, plaintiff was ordered to show cause why his application should not be dismissed. (Dkt. # 3).

    Plaintiff appealed the order to show cause to the District Court. The District Court found plaintiff's appeal to be out of order and re-referred the matter to the undersigned. (Dkt. # 5).

    Plaintiff must respond to this court's order to show cause in order to proceed with his action. Now that this matter has been re-referred to the undersigned, the court deems it appropriate to provide plaintiff with a short extension of time until **June 5, 2006**, to respond to its order. If

ORDER - 1

plaintiff has not complied with the court's order to respond by that deadline or alternatively, has not paid the required fee of $250.00, his application to proceed *in forma pauperis* shall be denied and his case will be dismissed without prejudice for lack of prosecution.

The clerk is instructed to re-note plaintiff's deadline for compliance with the court's order to show cause (Dkt. # 3) until **June 5, 2006**.

DATED this 18th day of May, 2006.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER - 2