UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERRY E. SPICER,

        Plaintiff,

    v.

JOSEPH LEHMAN, *et al.*,

        Defendants.

Case No. C06-5132 FDB

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    The Magistrate Judge recommends that this application to proceed *in forma pauperis* be denied based on Plaintiff's failure to show cause. The Court, having reviewed the Report and Recommendation, Plaintiff's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

    (1)    The Magistrate Judge's Report and Recommendation is approved and adopted;

    (2)    Plaintiff's application to proceed *in forma pauperis* is DENIED;

    (3)    Plaintiff shall pay the required filing fee ($250.00) to the Clerk of the Court within thirty (30) days of the date of this Order, otherwise this action will be dismissed; and

    (4)    The Clerk is directed to send copies of this Order to Plaintiff and any other party that has appeared in this action.

DATED this 17th day of July, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1