UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERRY E. SPICER,

    Plaintiff,

    v.

JOSEPH LEHMAN,

    Defendant.

Case No. C06-5132FDB

ORDER DENYING RECONSIDERATION

Defendant moves for denial of his motion to proceed *in forma pauperis*, and he submits a statement of his prison account through July 11, 2006. His account indicates that he receives regular income, although his account was depleted as of July 11, 2006. Accordingly,

IT IS ORDERED: Defendant's Motion for Reconsideration is DENIED.

DATED this 6th day of September, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1